```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 21, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
   **LINDSAY B. STEELE ET AL,**

                **Plaintiffs,**            20-cv-2174 (ALC) (GWG)
       **-against-**

                                               **ORDER**
   **WEIHUA LU,**

                **Defendant.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiffs' response to the Court's Order to Show Cause. (ECF No. 22). Accordingly, the Court directs the Clerk of Court to vacate the Order to show Cause.

**SO ORDERED.**

**Dated:** October 21, 2020

     **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**