USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 19, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LINDSAY B STEELE AND GLORIA FOSTER,**

            **Plaintiffs,**

    -against-

**WEIHUA LU,**

            **Defendant.**

**20-cv-2174 (ALC) (GWG)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    January 19, 2021
              New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**